Anthony Lanza, Bar No. 156703
LANZA & GOOLSBY
A Professional Law Corporation
3 Park Plaza, Suite 1650
Irvine, California 92614-8540
Telephone (949) 221-0490
Facsimile (949) 221-0027

ENTERED
CLERK, U.S. DISTRICT COURT
JUL - 3 2006
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

ORIGINAL / Enter
P-Send / JS-6

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JUN 29 2006
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

Attorneys for Plaintiff Doug Martin

LODGED
2006 JUN 21 PM 3:02
U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION – SANTA ANA

DOUG MARTIN, an individual;
    Plaintiff,
vs.
ARROW ELECTRONICS, INC.,
a corporation;
    Defendant.

) Case No. SACV04-1134 JVS
) SUBMISSION OF *REVISED*
) ~~PROPOSED~~ JUDGMENT
)
) Hon. James V. Selna
)
) Trial: May 30, 2006
)
) THIS CONSTITUTES NOTICE OF ENTRY
) AS REQUIRED BY FRCP, RULE 77(d).
) NOTE CHANGES MADE BY THE COURT.

    Attached is plaintiff's proposed judgment pursuant to jury trial, which is different than the initial proposed judgment lodged and served on June 16, 2006, insofar as the last sentence retains jurisdiction to entertain and rule upon a potential motion by plaintiff to augment, mold, or otherwise amend the judgment to "gross-up" the sum of damages so as to compensate plaintiff for adverse tax consequences.

    Plaintiff anticipates a potential motion to "gross-up" plaintiff's award so as to neutralize certain adverse income tax consequences resulting from defendant's discriminatory conduct, most notably higher marginal tax rates and/or potential increased liability under the alternative minimum tax (AMT). See, O'Neil v. Sears, Roebuck and Company (E.D. Pa. 2000) 108 F. Supp. 2d 443, 446; Joe Vernon Sears v.

NOTE CHANGES MADE BY THE COURT.

146

1  Atchison, Topeka & Santa Fe Railroad Company (10th Cir. 1984) 749 F. 2d 1451; and
2  Porter v. United States Agency for International Development (D.D.C. 2003) 293 F.
3  Supp. 2d 152.

Dated: June 21, 2006

LANZA & GOOLSBY
A Professional Law Corporation

_____
Anthony L. Lanza
Attorneys for Plaintiff
Doug Martin

Anthony Lanza, Bar No. 156703
LANZA & GOOLSBY
A Professional Law Corporation
3 Park Plaza, Suite 1650
Irvine, California 92614-8540
Telephone (949) 221-0490
Facsimile (949) 221-0027

Attorneys for Plaintiff Doug Martin

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION – SANTA ANA

| | |
|---|---|
| DOUG MARTIN, an individual;<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ARROW ELECTRONICS, INC.,<br>a corporation;<br><br>　　　　Defendant. | Case No. SACV04-1134 JVS<br><br>JUDGMENT IN FAVOR OF<br>PLAINTIFF DOUG MARTIN<br><br>Hon.　James V. Selna<br><br>Trial: May 30, 2006 |

From May 30, 2006, through June 9, 2006, the Honorable James V. Selna presided over jury trial of the counts asserted in this action by plaintiff Doug Martin against defendant Arrow Electronics, Inc., resulting in a special verdict, signed on June 12, 2006, in favor of Doug Martin. The special verdict retuned by the jury awards monetary damages in favor of Doug Martin against Arrow Electronics in the total sum of $1,519,579, as follows:

|  |  |  |  |
|---|---|---|---|
| 1 | a. | Past economic loss: | |
| 2 | | Lost earnings: | $607,385 |
| 3 | | Medical expenses: | $41,000 |
| 4 | b. | Future economic loss: | |
| 5 | | Lost earnings: | $547,194 |
| 6 | | Medical expenses: | $24,000 |
| 7 | c. | Past non-economic loss, such as physical pain and mental suffering: | |
| 8 | | | $300,000 |
| 9 | d. | Future non-economic loss, such as physical pain and mental suffering: | |
| 10 | | | $0 |
| 11 | e. | Punitive damages: | $1,000 |

Judgment is hereby accordingly entered in favor of plaintiff Doug Martin against defendant Arrow Electronics in the total sum of $1,519,579.

This judgment shall accrue interest pursuant to 28 USC Section 1961(a) at 5.04% per annum.

Plaintiff's motion for attorney fees and legal costs may be separately filed and adjudicated, subsequent to which this judgment may be amended or otherwise updated accordingly. ~~The court also retains jurisdiction to entertain and rule upon a potential motion by plaintiff to augment, mold, or otherwise amend the judgment to "gross-up" the sum of damages so as to compensate plaintiff for adverse tax consequences.~~ /JVS/ 6.28.06

Dated: _6.28_, 2006       _[signature]_
                          Judge James V. Selna

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am a citizen of the United States, over the age of 18 years, employed in the County of Orange in the office of a member of the State Bar at whose direction service was made. I am not a party to the within action. My business address is 3 Park Plaza, Suite 1650, Irvine, CA, 92614.

On June 21, 2006, served the following **SUBMISSION OF *REVISED* PROPOSED JUDGMENT** on the interested parties in this action by placing true copies thereof enclosed in a sealed envelope addressed as follows:

Gary Scalabrini, Esq.
Gibbs, Giden, Locher & Turner
One Century Plaza
2029 Century Park East, 34th Flr.
LA CA 90067
Fax: (310) 552-0805

Lance G. Greene
Law Offices of Lance G. Greene
401 Shirley Place, Ste. 301
Beverley Hills, CA 90212
Fax: (310) 284-5782

__X__ **BY MAIL:** I caused such envelopes (with postage thereon fully prepaid) to be placed in the United States mail at Irvine, California. I am readily familiar with this firm's practice of collection and processing correspondence for mailing. It is deposited with the United States Postal Service on that same day in the ordinary course of business. I am aware that on motion of parties served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposition for mailing specified in the affidavit.

___ **BY FACSIMILE:** A copy was transmitted via facsimile, followed by a copy via US Mail.

___ **BY PERSONAL SERVICE:** I caused such envelope to be delivered by hand to the offices of the addressee(s).

___ **BY OVERNIGHT DELIVERY**: As follows: I am "readily familiar" with the Firm's practice of collection and processing correspondence for overnight deliver. Such correspondence will be deposited with a facility regularly maintained by an overnight delivery service for receipt on the same day in the ordinary course of business.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed June 21, 2006, at Irvine, California.

*/s/ Laura Malnar*
Laura Malnar