Anthony Lanza, Bar No. 156703
Brodie Smith, Bar No. 221877
LANZA & GOOLSBY
A Professional Law Corporation
3 Park Plaza, Suite 1650
Irvine, California 92614-8540
Telephone (949) 221-0490
Facsimile (949) 221-0027

Attorneys for Plaintiff Doug Martin

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION – SANTA ANA

| | |
|---|---|
| DOUG MARTIN, an individual;<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ARROW ELECTRONICS, INC.,<br>a corporation;<br><br>　　　　Defendant. | Case No.  SACV04-1134 JVS<br><br>**SECOND AMENDED JUDGMENT IN FAVOR OF PLAINTIFF**<br><br>Hon.   James V. Selna<br><br>Trial:  May 30, 2006 |

　　　　From May 30, 2006, through June 9, 2006, the Honorable James V. Selna presided over the jury trial of the counts asserted in this action by plaintiff Doug Martin against defendant Arrow Electronics, Inc., resulting in a special verdict, signed on June 12, 2006, in favor of Doug Martin.  The special verdict retuned by the jury awarded monetary damages in favor of Doug Martin against Arrow Electronics in the total sum of $1,519,579.

Judgment was initially entered on June 29, 2006, in the sum of $1,519,579. The Court then granted in part and denied in part Arrow's motion for judgment as a matter of law under FRCP 50(b), or in the alternative, for a new trial under FRCP 59, resulting in an amended judgment, dated September 14, 2006, in the sum of $973,385, based on the following breakdown of damages:

a. <u>Past economic loss</u>:
   Lost earnings:         $607,385
   Medical expenses:      $41,000
b. <u>Future economic loss</u>:
   Lost earnings:         none (stricken by the Court)
   Medical expenses:      $24,000
c. <u>Past non-economic loss:</u>  (such as physical pain): $300,000
d. <u>Future non-economic loss:</u>  (such as physical pain): $0
e. <u>Punitive damages:</u>       $1,000

Plaintiff's initial motion for attorney fees was thereafter argued and granted, in the sum of $473,554 for attorney fees and $22,452 for costs, which elevated the total judgment to $1,469,391.

Arrow filed an appeal on October 5, 2006, which was denied on May 29, 2009, pursuant to appellate memorandum of decision, which confirmed the judgment in its entirety.

After the appellate decision became final, in 2009, Martin filed a motion to enforce bond and a motion for supplemental award of attorney fees. Both motions were granted on November 10, 2009. The Court added supplemental attorney fees in the sum of $5,282, plus supplemental costs in the sum of $1,973.12, plus interest, at the annual rate of 5.04%, thereby elevating the total judgment to $1,732,482.40, effective through November 10, 2009.

1   Interest continued to accrue on the judgment from November 11 through December 14, 2009, at the rate of 5.04% per annum, for a total of $7,894.26, thereby elevating the total judgment to $1,740,376.66, effective through December 14, 2009.

Judgment is hereby accordingly entered in favor of plaintiff Doug Martin against defendant Arrow Electronics, Inc. in the total sum of $1,740,376.66.  The bonding surety, First Deposit & Fidelity Co. of Maryland, is obligated, jointly and severally with Arrow, to pay this judgment pursuant to Court Order dated November 10, 2009.

This judgment shall continue to accrue interest pursuant to 28 USC Section 1961(a) at 5.04% per annum, in the sum of $239.22 per day, accruing from December 15, 2009, until paid in full.

Dated:  December 15, 2009   _____
                             Judge James V. Selna