Anthony Lanza, Bar No. 156703
Brodie Smith, Bar No. 221877
LANZA & GOOLSBY
A Professional Law Corporation
3 Park Plaza, Suite 1650
Irvine, California 92614-8540
Telephone (949) 221-0490
Facsimile (949) 221-0027

Attorneys for Plaintiff Doug Martin

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION – SANTA ANA

| | |
|---|---|
| DOUG MARTIN, an individual;<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ARROW ELECTRONICS, INC.,<br>a corporation;<br><br>　　　　Defendant. | Case No. SACV04-1134 JVS<br><br>**SATISFACTION OF JUDGMENT – PARTIAL**<br><br>Hon. James V. Selna |

The second amendment judgment was entered in favor of plaintiff Doug Martin on December 15, 2009, in the sum of $1,740,376.66. Through January 21, 2010, the full sum owing under the judgment had been modified to $1,617,404.87, based on Arrow's withholding of federal taxes and the accumulation of interest from December 15, 2009 onward. Based upon defendant's tender of this modified sum on January 21, 2010, the judgment has been satisfied.

However, on January 19, 2010, plaintiff filed and served a motion for supplemental award of attorney fees – No. 2, scheduled for hearing on February 22,

1
SATISFACTION OF JUDGMENT – PARTIAL

2010, seeking a supplemental award of attorney fees in the sum of $25,220. As such, pending resolution of this motion, this action is not yet fully resolved, as a full and complete satisfaction on the docket is premature until the court has ruled on the motion for supplemental award of attorney fees.

Dated: January 28, 2010

LANZA & GOOLSBY
A Professional Law Corporation

_____
Anthony Lanza
Attorneys for Plaintiff Doug Martin

## PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF ORANGE

I am a citizen of the United States, over the age of 18 years, employed in the County of Orange in the office of a member of the State Bar at whose direction service was made. I am not a party to the within action. My business address is 3 Park Plaza, Suite 1650, Irvine, CA, 92614.

On January 29, 2010, I served **SATISFACTION OF JUDMENT - PARTIAL,** on the interested parties in said action by placing true copies thereof enclosed in a sealed envelope addressed as follows:

**Gary Scalabrini, Esq.**
Gibbs, Giden, Locher & Turner
1880 Century Park East, 12th Floor
Los Angeles, CA 90067-1621
Fax: (310) 552-0805

      **BY U.S. MAIL:** I caused such envelopes (with postage thereon fully prepaid) to be placed in the United States mail at Irvine, California. I am readily familiar with this firm's practice of collection and processing correspondence for mailing of certified mail. It is deposited with the United States Postal Service on that same day in the ordinary course of business. I am aware that on motion of parties served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposition for mailing specified in the affidavit.

    **X**    **BY CM/EFC E-MAIL:** Through use of the Federal CM/EFC electronic filing system, I caused a courtesy copy of the above documents to be served by e-mail to the above offices of the addressee(s).

      **BY OVERNIGHT DELIVERY:** As follows: I am "readily familiar" with the Firm's practice of collection and processing correspondence for overnight deliver. Such correspondence will be deposited with a facility regularly maintained by an overnight delivery service for receipt on the same day in the ordinary course of business.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed January 29, 2010, at Irvine, California.

_____
Leona Smialek

X:\D\210-01\Pleadings\POS.doc

1