Anthony Lanza, Bar No. 156703
Brodie Smith, Bar No. 221877
LANZA & GOOLSBY
A Professional Law Corporation
3 Park Plaza, Suite 1650
Irvine, California 92614-8540
Telephone (949) 221-0490
Facsimile (949) 221-0027

Attorneys for Plaintiff Doug Martin

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION – SANTA ANA

| | |
|---|---|
| DOUG MARTIN, an individual;<br><br>    Plaintiff,<br><br>vs.<br><br>ARROW ELECTRONICS, INC.,<br>a corporation;<br><br>    Defendant. | Case No.  SACV04-1134 JVS<br><br>**THIRD AMENDED JUDGMENT IN FAVOR OF PLAINTIFF**<br><br>Hon.   James V. Selna<br><br>Trial:  May 30, 2006 |

From May 30, 2006, through June 9, 2006, the Honorable James V. Selna presided over the jury trial of the counts asserted in this action by plaintiff Doug Martin against defendant Arrow Electronics, Inc. ("Arrow"), resulting in a special verdict, signed on June 12, 2006, in favor of Doug Martin.  The special verdict retuned by the jury awarded monetary damages in favor of Doug Martin against Arrow in the total sum of $1,519,579.

Judgment was initially entered on June 29, 2006, in the sum of $1,519,579. The Court then granted in part and denied in part Arrow's motion for judgment as a matter of law under FRCP 50(b), or in the alternative, for a new trial under FRCP 59, resulting in an **amended judgment**, dated September 14, 2006, in the sum of $973,385.

Plaintiff's initial motion for attorney fees was thereafter argued and granted, in the sum of $473,554 for attorney fees and $22,452 for costs, which elevated the total judgment to $1,469,391.

Arrow filed an appeal on October 5, 2006, which was denied on May 29, 2009, pursuant to appellate memorandum of decision, which confirmed the judgment in its entirety.

After the appellate decision became final, in 2009, Martin filed a motion to enforce bond and a motion for supplemental award of attorney fees. Both motions were granted on November 10, 2009. The Court added supplemental attorney fees in the sum of $5,282, plus supplemental costs in the sum of $1,973.12, plus interest, at the annual rate of 5.04%.

On December 15, 2009, the **second amended judgment** was entered in favor of Doug Martin against Arrow in the total sum of $1,740,376.66, which included interest at the rate of 5.04% per annum under 28 U.S.C. Section 1961(a). Arrow paid that sum, less certain deductions for federal tax withholding, on January 21, 2010, in the sum of $1,617,404.87.

On March 3, 2010, the Court granted plaintiff's motion for supplemental award of attorney fees – No. 2 (filed on January 19, 2010), ordering Arrow to pay $15,484 in supplemental attorney fees. As such, judgment is amended and entered against Arrow in the sum of $15,484, plus interest in the sum of $2.17 per day (5.04% per annum) accruing until paid in full, payable directly to legal counsel for plaintiff, Lanza & Goolsby. Any additional attorney fees and costs incurred in attempting to collect on this judgment shall also be paid by Arrow.

Dated: May 25, 2010

_____
Honorable James V. Selna