1   Anthony Lanza, Bar No. 156703
    Brodie Smith, Bar No. 221877
2   LANZA & SMITH
    A Professional Law Corporation
3   3 Park Plaza, Suite 1650
    Irvine, California 92614-8540
4   Telephone (949) 221-0490
    Facsimile (949) 221-0027
5

6   Attorneys for Plaintiff Doug Martin

7

8                    UNITED STATES DISTRICT COURT

9        CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

10  DOUG MARTIN, an individual;          ) Case No.  SACV04-1134 JVS
                                          )
11              Plaintiff,                )
                                          )  **SATISFACTION OF JUDGMENT**
12  vs.                                   )
                                          )
13  ARROW ELECTRONICS, INC.,              ) Hon.   James V. Selna
    a corporation;                        )
14                                        )
                Defendant.                )
15                                        )
                                          )
16

17        Based upon checks forwarded by counsel for defendant Arrow Electronics, dated

18  March 29, 2011, in the amounts of $16,159 and $8,132, for a total of $24,291, the

19  outstanding sum due under the third amended judgment, as amended pursuant to the

20  order for supplemental attorney fees issued by the Honorable James Selna on March 14,

21  2011, has been paid.  Therefore, plaintiff acknowledges satisfaction of judgment.

22

23                                      LANZA & SMITH
                                        A Professional Law Corporation
24

25  Dated: May 16, 2011

26                                      Anthony Lanza
                                        Attorneys for Plaintiff
27

28

X:\D\210-01\Pleadings\Satisfaction of Judgment.2011.doc